**Hand-Delivered**

# UNITED STATES DISTRICT COURT
for the
District of
Division

FILED
CHARLOTTE, NC

DEC 08 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| GARLAND MITCHELL EL, ISRAEL MITCHELL EL | Case No. 3:25-CV-974 *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☑ Yes ☐ No |
| -v- | |
| CITY OF CHARLOTTE, MAYOR VI LYLES, (see attatched for other plantiffs) | |
| *Defendant(s)* *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | GARLAND MITCHELL EL & ISRAEL MITCHELL EL |
   | Street Address | 515 North MARTIN LUTHER KING JR. Dr. |
   | City and County | Winston Salem Forsyth County |
   | State and Zip Code | North Carolina 27101 |
   | Telephone Number | 3365754492 |
   | E-mail Address | sirmitchellel@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: CITY OF CHARLOTTE
- Job or Title (if known): MAYOR VI LYLES
- Street Address: 600 EAST 4TH STREET
- City and County: CHARLOTTE MECKLENBURG
- State and Zip Code: NORTH CAROLINA 28202
- Telephone Number: 7043367600
- E-mail Address (if known): VI.LYLES@CHARLOTTENC.GOV

Defendant No. 2
- Name: CHARLOTTE MECKLENBURG POLICE DEPARTMENT
- Job or Title (if known): ISAAC STURGILL ASSSISTANT CITY ATTORNEY
- Street Address: 600 EAST 4TH STREET SUITE 747 CHARLOTTE NC
- City and County: CHARLOTTE MECKLENBURG
- State and Zip Code: NORTH CAROLINA 28201
- Telephone Number: 9804173057
- E-mail Address (if known):

Defendant No. 3
- Name: INDIA KIRKPATRICK  GCM
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: ZION KIRKPARICK  GCM
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

#1. 18 U.S.C. 242 - DEPRIVATION OF RIGHTS UNDER COLOR OF LAW. #2. 42 U.S.C. 1983 - CIVIL ACTION FOR DEPRIVATION OF RIGHTS. #3. 18 U.S.C. 922 - PROHIBITIONS ON FIREARMS. #4. 18 U.S.C. 1951 - INTERFERENCE WITH COMMERCE BY THREATS OR VIOLENCE. #5 18 U.S.C. 371 - CONSPIRACY TO COMMIT OFFENSES OR TO DEFRAUD THE UNITED STATES. #6 TITLE VI OF THE CIVIL RIGHTS ACT OF 1964 #7 FEDERAL TORT CLAIMS ACT. #8 PUBLIC SAFETY AND EMERGENY RESPONSE STANDARDS. M

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* GARLAND MITCHELL. ISRAEL MITCHELL , is a citizen of the State of *(name)* _____ .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,
   and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, *(name)* **CMPD, CITY OF CHARLOTTE**, is incorporated under the laws of the State of *(name)* **NORTH CAROLINA**, and has its principal place of business in the State of *(name)* **NORTH CAROLINA**.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* **Mecklenburg county NC**.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

300,000.00

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

(CONTINUED)

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/8/2025

Signature of Plaintiff: ACM EZ

Printed Name of Plaintiff: GARLAND MITCHELL EZ

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

COMPLAINT (CONTINUED)

State of claim (continued)
On November 13, 2024, I, GARLAND MITCHELL, attempted to exchange custody of my son, Israel, with India Kirkpatrick. Upon arrival, I found her brother, Zion Kirkpatrick, driving the vehicle with my son in the back seat without a proper car seat. When I opened the rear door, I detected a strong odor of marijuana. During our interaction, Mr. Kirkpatrick exited the vehicle and threatened me with a firearm, pointing it directly at me. In fear for my life and my son's safety, I attempted to leave, but India Kirkpatrick blocked my exit by lying on my car. I called the Charlotte Mecklenburg Police Department (CMPD) to report the threat. Despite my clear explanation and identification of Zion Kirkpatrick, the officers dismissed my concerns and failed to take a report. The next day, after multiple attempts, I met Officer O'Toole, who took my statement but informed me that I could not press charges without CMPD's initiation. The officers' negligence endangered both me and my child.

Claim 2: Denial of Access to Police Footage

On December 6, 2024, I filed a motion to obtain police footage of the incident. The judge granted my request, but the incident report and incriminating footage were whited out when I received the paperwork. I filed another motion on February 12, 2025, detailing that the incriminating footage was missing. The judge granted this motion but limited the footage's access to legal use only, denying me access to important evidence related to my case.

Claim 3: Ongoing Threats and Dismissal of Case

On August 7, 2025, I filed a claim against the City of Charlotte for damages. The city attorney filed a motion to dismiss based on the "public duty doctrine." During the hearing, I informed the judge that I had been shot at by associates of the defendants and received taunting messages stating that I survived because I held my son as a shield during the incident. I explained that I was dealing with a known crime family and that CMPD had failed to protect me from ongoing threats. The judge granted the defendants' motion to dismiss, ignoring the continued danger posed by the defendants and the police's negligence, which has put my life and my child's life at risk

Relief (continued)
The plaintiff requests the court to order the following relief:
1. Actual Damages: The plaintiff seeks $100,000 for personal damages resulting from the emotional distress, fear for safety, and ongoing threats to life caused by the incident and the police's negligence. This amount is based on the psychological impact of the threats

made against the plaintiff, the disruption to daily life, and the need for ongoing mental health support.

2. Actual Damages for Minor: The plaintiff seeks $100,000 for the damages suffered by the plaintiff's son, Israel, due to exposure to the traumatic event and the subsequent emotional and psychological distress. This amount is justified by the potential long-term effects of the incident on the child's well-being and development.

3. Punitive Damages: The plaintiff requests punitive damages in the amount of $100,000 against the defendants to deter future misconduct and to hold them accountable for their negligence. This request is based on the severity of the threats made during the incident, the ongoing danger posed by the defendants and their associates, and the failure of law enforcement to act appropriately to protect the plaintiff and their child.

4. Basis for Continuing Wrongs: The plaintiff asserts that the threats and danger are ongoing, as the plaintiff continues to receive taunting messages from associates of the defendants and has been shot at since the incident. This ongoing harassment and threat to safety illustrate that the wrongs alleged have not ceased and continue to affect the plaintiff's life and the life of their child.

The total amount requested is $300,000.00, which includes the actual damages for both the plaintiff and the child, and punitive damages against the defendants.